# Exhibit B

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

**VIORICA BUDEANU**
**and GV AGENCY, INC.,**

          **Plaintiffs,**
          **v.**

**ALLSTATE INSURANCE COMPANY**

          **Defendant.**

**Civil Action File No. 22-A-08425-2**

## <u>ALLSTATE'S NOTICE OF REMOVAL TO FEDERAL COURT</u>

PLEASE TAKE NOTICE that, on November 4, 2022, Defendant Allstate Insurance Company ("Allstate") filed a Notice of Removal with the clerk of the United States District Court for the Northern District of Georgia. A copy of the Notice of Removal is attached hereto as **Exhibit A**. The filing of the Notice of Removal effects the removal of this action, and the Court may proceed no further in this matter "unless and until the case is remanded." 28 U.S.C. § 1446(d).

DATED: November 4, 2022

Respectfully submitted,

**AKERMAN LLP**
999 Peachtree St. NE
Atlanta, GA 30309
Telephone: (404) 733-9800
Facsimile: (404) 733-9898

By: */s/ Montoya M. Ho-Sang*
Montoya M. Ho-Sang
Email address: montoya.ho-sang@akerman.com
Georgia Bar No. 572105

*Counsel for Defendant Allstate Insurance Company*

OF COUNSEL:

Michael C. Marsh (*pro hac vice* to be filed)
Donnie M. King (*pro hac vice* to be filed)
Reginald E. Janvier (*pro hac vice* to be filed)
AKERMAN LLP
201 E Las Olas Blvd., Suite 1800
Fort Lauderdale, FL  33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
Email:  michael.marsh@akerman.com
Email:  donnie.king@akerman.com
Email:  reginald.janvier@akerman.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 4, 2022, I caused a true and correct copy of the foregoing

Notice of Removal to be served on the following persons through electronic mail and U.S. Mail:

Cary Ichter, Esq.
Ichter Davis LLC
400 Interstate North Pkwy SE
Suite 860
Atlanta, Georgia 30339
404-869-7600
<u>cichter@ichterdavis.com</u>
*Counsel for Plaintiffs*

<u>/s/ Montoya M. Ho-Sang</u>
Montoya M. Ho-Sang, Esq.

3