IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| VIORICA BUDEANU<br>and GV AGENCY, INC.,<br><br>                Plaintiffs,<br>      v.<br><br>ALLSTATE INSURANCE<br>COMPANY,<br><br>             Defendant. | Case No.: 1:22-cv-04413-SCJ |

**DEFENDANT ALLSTATE INSURANCE COMPANY'S
MOTION TO DISMISS**

Defendant, Allstate Insurance Company ("Allstate"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby files this Motion to Dismiss and accompanying Memorandum in Support, and respectfully moves this Court to dismiss the Complaint filed by Plaintiffs, Viorica Budeanu and GV Agency, Inc., for a failure to state a cause of action for which relief can be granted.

DATED: November 14, 2022       Respectfully submitted,

**AKERMAN LLP**
999 Peachtree St. NE
Atlanta, GA 30309
Telephone: (404) 733-9800
Facsimile: (404) 733-9898

By:  */s/ Montoya M. Ho-Sang*
Montoya M. Ho-Sang
Email address: montoya.ho-sang@akerman.com
Georgia Bar No. 572105

*Counsel for Defendant Allstate Insurance Company*

OF COUNSEL:

Michael C. Marsh (*pro hac vice* to be filed)
Donnie M. King (*pro hac vice* to be filed)
Eric D. Coleman (*pro hac vice* to be filed)
AKERMAN LLP
201 E Las Olas Blvd., Suite 1800
Fort Lauderdale, FL  33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
Email:     michael.marsh@akerman.com
Email:     donnie.king@akerman.com
Email:     eric.coleman@akerman.com

3

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rule 7.1(D), the undersigned counsel for Defendant certifies that the pleading has been prepared in Times New Roman, 14-point type, which is one of the font and point selections approved by the Court in Local Rule 5.1(B).

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 14, 2022, I caused a true and correct copy

of the foregoing Notice of Removal to be served on the following persons through

electronic mail and U.S. Mail:

Cary Ichter, Esq.
Ichter Davis LLC
400 Interstate North Pkwy SE,
Suite 860
Atlanta, Georgia 30339
404-869-7600
cichter@ichterdavis.com
*Counsel for Plaintiffs*

*/s/ Montoya M. Ho-Sang*
Montoya M. Ho-Sang, Esq.