# Exhibit B

# Coleman, Eric (Assoc-Ftl)

| | |
|---|---|
| **From:** | Stone, Eric |
| **Sent:** | Wednesday, May 26, 2021 11:02 AM |
| **To:** | Budeanu, Vicky |
| **Subject:** | Termination Letter - Allstate |
| **Attachments:** | Term Notice_Immediate For Cause- EA Viorica Stefan Budeanu (Signed).docx |

Vicky –

Here is the attachment.






Eric Stone
District Sales Leader
Central East Zone

**May 26, 2021**

GV Agency Inc.
Attn:  Viorica Stefan Budeanu
1605 Church Street, Suite 610
Decatur, GA 30033-6066

Dear Viorica:

This letter is notice that Allstate Insurance Company is terminating the Allstate R3001C Exclusive Agency Agreement ("Agreement") with GV Agency Inc., ("Agency") effective immediately.  The termination is pursuant to Section XVII.B.3 of the Agreement.  Allstate is taking this action for reasons that include providing false information to the company.

Agency's obligations to Allstate are stated in the Agreement.  The Agreement requires that Agency must, among other things:

- Immediately return all property belonging to Allstate including all manuals, equipment, and any materials bearing any Allstate service mark or trade name;
- Immediately cease to use any telephone numbers used to conduct Allstate business from the former sales location; and
- Immediately cease and desist from any and all use of Allstate service marks and trade names.

Agency may have the option of accepting a termination payment from Allstate or selling the economic interest to an approved buyer as outlined in the Independent Contractor Manual and Supplement for the R3001C Agreement.  If Agency is eligible for and elects the termination payment option, Agency will receive such payment calculated and paid in accordance with the Supplement for the R3001C Agreement.  Please note the termination payment is conditioned upon, for example, compliance with the confidentiality and non-solicitation provisions that survive the termination of the Agreement and the immediate return of all Allstate property.

If Agency elects to sell the economic interest in the book of business, Allstate has the absolute right of approval of the buyer.  The buyer must meet Allstate's eligibility requirements.  If Allstate approves a proposed buyer, **the sale must be completed on or before the sale must be completed on or before September 1, 2021** and must be effective on the first day of that or any earlier month. If Agency does not present a buyer or the buyer that Agency presents is not approved, we will process the termination payment as described above.

Confidential Information



Eric Stone
District Sales Leader
Central East Zone

If agency elects, it may sell its interest in any assigned risk policies it may own. After the Agreement terminates, agency will continue to receive commissions on existing assigned risk policies processed by Allstate that it retains, if any. Also, if agency elects, it may seek to transfer any flood policies it may have produced subject to such rules and policies that are applicable to flood business.

Please contact me with any questions you have regarding the termination process.

Sincerely,

Eric Stone
District Sales Leader
Central East Zone


CC:   2784 N. Decatur Rd. # 100
      Decatur, GA 30033-5903

Confidential Information