IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta
JAN 29 2026
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

VIORICA BUDEANU and GV
AGENCY, INC.,

    Plaintiffs,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

CIVIL ACTION FILE

No. 1:22-CV-04413-SCJ

## VERDICT FORM

**Do you find from a preponderance of the evidence:**

**1.**    That Defendant Allstate Insurance Company breached the Allstate R3001C Exclusive Agency Agreement ("GV Agency EA Agreement")?

Answer Yes or No    _____No_____

*If your answer to Question Number 1 is "Yes," go to next Question.*

*If your answer to Question Number 1 is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form.*

**2.**    That Defendant Allstate Insurance Company breached the implied covenant of good faith and fair dealing?

Answer Yes or No    _____

*Regardless of your answer to Question Number 2, if your answer to Question Number 1 is "Yes", go to next Questions.*

1

**3.** That Plaintiff GV Agency Inc. should be awarded damages?

Answer Yes or No          _____

If your answer is "Yes,"
in what amount?        $_____


**4.** That Plaintiff GV Agency Inc. should be awarded attorneys' fees?

Answer Yes or No          _____

If your answer is "Yes,"
in what amount?        $_____


SO SAY WE ALL.

_____
Foreperson's Signature

_Corey Redwine_
Foreperson's Printed Name

DATE: _01-29-26_